UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

|  |  |  |
|---|---|---|
| Clyde Jack Neeley | ) | CASE No. 06-40122 |
|  | ) |  |
| Debtor | ) |  |

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:    CBCS, P.O. Box 1615, Grand Rapids, MI 49501-1615

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $78.19 into the Registry Account with the U.S. Bankruptcy Court.  The Trustee issued Check No. 102446 on October 3, 2010 in the amount of $18.76 at the address stated above.  The check was returned to the Trustee marked "Non-Deliverable as Addressed, Unable to Forward".  The check was voided and the remaining funds were reserved to be turned over to the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 12th day of May, 2011.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 12th day of May, 2011 to:

CBCS, P.O. Box 1615, Grand Rapids, MI 49501-1615
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Brad A. Woolley, 103 E. Broadway, Monticello, IN 47960

      /s/ David A. Rosenthal
      David A. Rosenthal
      Chapter 13 Trustee
      P.O. Box 505
      Lafayette, IN 47902
      (765) 742-8248